JS-6

FILED: 3/7/2013

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG, Wen-Wan, et al.,<br>         Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br>         Defendant. | **Case No.: CV 99-10518-GHK(AJWx)**[1]<br><br>(~~PROPOSED~~) **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO ORDER ADJUDICATION OF FORM I-829 PETITIONS** |

   Plaintiffs' unopposed Motion to Order Adjudication of Form I-829 Petitions is GRANTED.  Defendant shall adjudicate all Plaintiffs' I-829 Petitions in accordance with the attached Settlement Agreement (Doc. 375).

   IT IS SO ORDERED.

Dated:    3/7   , 2013.

                                                                _____
                                                                Hon. George H. King
                                                                Chief, United States District Judge

---

[1] The instant case has been consolidated with *Ahn v. United States*, Case No.: CV 01-07382-GHK(AJWx).